IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS HORNEDO (01) | CRIMINAL NO. 4:23-CR-323-Y |

### GOVERNMENT'S NOTICE REGARDING RELATED CASES

The government files the instant notice, out an abundance of caution, to notify the court that the above-captioned case is related to three other pending cases in the Fort Worth Division. These cases relate to a large kickback scheme involving toxicology testing.

Each of the four cases were filed via a separate Information and followed months of negotiation with each individual defense counsel. In submitting the Informations to the Court, the government noted the cases were related in the cover sheets filed with the clerk's office. But because they each utilized a separate Information, it appears they could not be filed in a single case and were then randomly assigned to different courts. The related cases are:

- *United States v. Mark Rubin*, 4:23-cr-320-P (sentencing set for April 25, 2024)
- *United States v. Kelly Nelson*, 4:23-cr-321-O (sentencing set for March 22, 2024)
- *United States v. Renee Field*, 4:23-cr-322-Y (sentencing set for April 9, 2024)
- *United States v. Carlos Hornedo*, 4:23-cr-323-Y (sentencing set for May 15, 2024)

The criminal acts of defendants Rubin, Nelson and Field are directly connected. They worked together in committing the criminal acts and portions of their restitution will be joint and several.

As such, the Court may want to consider the relative sentences of each in determining the appropriate sentence to avoid unwarranted sentencing disparities. Hornedo did not deal directly with Rubin, Field, and Nelson but was connected through other individuals involved in the overall scheme.

All four of the above-identified cases represent the second round of defendants in a larger case. The first round, involving eleven defendants, were all part of Case No. 4:22-cr-34-O, which was charged in February 2022. All eleven were sentenced by August 2022. The facts and legal issues for the prior eleven defendants are highly similar to the facts and legal issues related to the pending four defendants.

The government has no concerns about each case remaining in the Court it is assigned but files this notice so that the Court may be aware of the related cases. To the extent that the Court thinks transfer of any case is appropriate to any specific Court, the government has no objection.

                              Respectfully Submitted,

                              LEIGHA SIMONTON
                              UNITED STATES ATTORNEY

                              *s/ P.J. Meitl*
                              P.J. MEITL
                              Virginia Bar No. 73215
                              Assistant United States Attorney
                              801 Cherry Street, 17th Floor
                              Dallas, Texas 75242-1699
                              Telephone: 214.659.8680
                              Email: philip.meitl@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2024, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

      *s/ P.J. Meitl*
      P.J. MEITL
      Assistant United States Attorney